**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| In Re: | * | |
|     CLARENCE B. SIMPSON | * | Case No: 10-12897 |
| | * | |
|     Debtor. | * | Chapter 13 |
| *  *  *  *  *  * | *    *  *  *  *  *  * | |
|     CLARENCE B. SIMPSON | * | |
| | * | |
|     Movant, | * | |
| vs. | * | |
| | * | |
|     BAC Home Loans Servicing, LP | * | |
| | * | |
|     Respondent. | * | |
| *  *  *  *  *  *  * | | |

SERVE ON:

Brian Moynihan, President and CEO
BAC Home Loans Servicing, LP
6400 Legacy Drive
Plano, TX 75024
*Principal Office per SDAT*

The Corporation Trust Incorporated
351 West Camden Street
Baltimore, Maryland 21201
*Resident Agent per SDAT*

*  *  *  *  *  *  *  *  *  *  *  *

### DEBTOR'S MOTION TO DETERMINE STATUS AND AVOID LIEN PURSUANT TO 11 U.S.C. SECTION 506(a)

NOW COMES, the Debtor (the "Movant"), by and through Jeffrey M. Sirody, Esquire, his attorney, and in filing this *Debtor's Motion To Determine Status And Avoid Lien Pursuant To 11 U.S.C. Section 506(a)*, states as follows:

1.    This is a core proceeding over which the Court has subject matter jurisdiction pursuant to 11 U.S.C. Sections 502 and 506, 28 U.S.C. Section 157(b)(2)(B) and (K), and Federal Bankruptcy Rules 3012 and 9014.

2.    The Movant filed this case on February 15, 2010 under Chapter 13.

3.    The Movant is a resident of Montgomery County, State of Maryland and is

the fee simple owner of an interest in certain real property known as: 11704 Goodloe Road, Silver Spring, Maryland 20906 (the "Property").

4.    Credit Union Mortgage holds a perfected senior mortgage lien ("First Lien") duly recorded in the Land Records Office of Montgomery County against the Property and is entitled to a secured claim in the amount of approximately $438,707.00, per Debtor's Schedule D.

5.    Subsequent to when the First Lien was recorded, a Junior Mortgage Lien ("Second Lien") was recorded in favor of BAC Home Loans Servicing, LP. The amount currently owed on the Second Lien is $68,688.00, per Debtor's Schedule D.

6.    The Property has a value of $295,000.00, which is supported by an appraisal.  See attached.

7.    Pursuant to Sections 506(a) and 1322 of Title 11, the Bankruptcy Code, the Third Lien of Respondent is wholly unsecured; there exists no equity in the Property above what is needed to satisfy the First and Second Liens.

8.    According to Johnson v. Asset Management Group, LLC, 226 B.R. 364 (D. Md. 1998), while a mortgage lien against the Movant's property may be avoided upon the entry of the discharge, an order avoiding that lien is necessary for filing among the Land Records of that property's city/county to clear title to the property; in this instance, Montgomery County, Maryland.

9.    Movant hereby files this Motion to determine the extent of the value of the Respondent's security interest in the Property, and to strip/avoid the junior lien (Second Lien) of Respondent.

10.    Such status determination and lien avoidance is necessary for the Movant's successful reorganization and for the benefit of the unsecured creditors.

WHEREFORE, upon the premises considered, the Movant respectfully requests this Court find in favor of the Movant and enter an order that:

a.    Declares that the Second Lien of Respondent is wholly unsecured; and

b.    The junior mortgage lien (Second Lien) of Respondent is entirely avoided; and

c.      The Respondent shall remove its Second Lien from the land records of the appropriate county upon completion of this case; and

d.      Grant such other and further relief as may be fair and just.

Respectfully submitted,

March 23, 2010                  _____/s/_____

Jeffrey M. Sirody, Bar No.11715
Sirody Frieman & Feldman, PC
1777 Reisterstown Road, Suite 360
Baltimore, MD 21208
(410) 415-0445

Counsel for the Debtor/Movant

## CERTIFICATION OF NOTIFICATION AND MAILING

I hereby certify and affirm under the penalties of perjury that on this 23rd day of March 2010, a copy of the foregoing *Motion to Determine Secured Status Pursuant to 11 U.S.C. Section 506, proposed Order* and *Notice of Hearing* and were sent by first class mail to:

The Corporation Trust Incorporated
351 West Camden Street
Baltimore, Maryland 21201

*via Certified Mail:*
Brian Moynihan, President and CEO
BAC Home Loans Servicing, LP
6400 Legacy Drive
Plano, TX 75024

*and electronically served upon*:
        Office of U.S. Trustee
        Chapter 13 Trustee

_____/s/_____
Jeffrey M. Sirody, Esquire