

PAUL MANNES
U. S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| In Re: | * | |
|     CLARENCE B. SIMPSON | * | Case No: 10-12897 |
| | * | |
|     Debtor. | * | Chapter 13 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

CLARENCE B. SIMPSON　　　　\*
　　　　　　　　　　　　　　\*
　　Movant,　　　　　　　　\*
vs.　　　　　　　　　　　　\*
　　　　　　　　　　　　　　\*
BAC Home Loans Servicing, LP　\*
　　　　　　　　　　　　　　\*
　　Respondent.　　　　　　\*

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION TO AVOID LIEN

    Having considered the Debtors' *Motion To Determine Status And Avoid Lien Pursuant To Section 506(a)*, and any response filed thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C. Sec. 506 and for the reasons set forth in the case of <u>Johnson v. Asset Management Group, LLC</u>, 226 B.R. 364 (D. Md. 1998), it is by the United States Bankruptcy Court for the District of Maryland,

    **ORDERED**, that the Second/Junior Mortgage Lien of Respondent be and is hereby deemed wholly unsecured; and it is further

    **ORDERED**, that at such time as a Discharge Order is entered, pursuant to 11 U.S.C. Sec. 1328, in this case, the second/junior mortgage lien held in favor of Respondent on Debtor's real property described as: 11704 Goodloe Road, Silver Spring, Maryland 20906, shall be void, and it is further

**ORDERED**, that the Respondent, BAC Home Loans Servicing, LP, shall remove its second/junior mortgage lien from the land records of the appropriate county upon completion of this case; and it is further

**ORDERED**, that the Second/Junior Mortgage Lien claim of Respondent herein shall be treated as a general unsecured claim under the Debtor's plan.

cc:
Respondent
Debtor
Debtor's attorney
Office of the U.S. Trustee
Chapter 13 Trustee

**END OF ORDER
2 of 2**