UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| IN RE: | |
| Clarence B. Simpson, IV | Case No. 10-12897 |
| | Chapter 13 |
| Debtor(s) | |

### MOTION FOR AUTHORITY TO INCUR SECURED DEBT FOR THE PURPOSE OF MODIFYING THE TERMS OF AN EXISTING SECURED LOAN FOR REAL PROPERTY AND NOTICE OF OPPORTUNITY TO OBJECT

The Debtor(s) hereby seeks Court authority to incur secured debt for the purpose of modifying the terms of an existing secured loan for real property, and submits the following information regarding the modified loan:

1. The address of the real property is 11704 Goodloe Road, Silver Spring, MD 20906.

2. The holder of the secured claim is Credit Union Mortgage Association

3. The amount of the proposed modified secured claim is $ 438,706.82. This amount does ___X___ or does not ____ (**check one**) include pre-petition arrears currently being paid through the plan.

4. The monthly amount of the modified secured claim payment is $1,462.36. (See attached) This amount does _____ or does not __X__ (**check one**) include real estate taxes and hazard insurance to be escrowed by the holder of the modified secured claim. The current monthly secured claim payment is $2,507.12.

5. INTEREST TERMS:

    A. **Fixed rate loan** with an interest rate of _____% for a duration of _____ years.

    OR

    B. **Adjustable rate loan, Step Rate** or **ARM** with a fixed interest rate of 4.00% for a duration of 5 years; thereafter, the interest will adjust to 4.375% for the duration of the loan.  The total loan duration is thirty (30) years.  Additional information:

      a. Rate adjustment is limited to an increase of ____ per each adjustment.

      b. Rate adjustment over the life of the loan is limited to ___.

6. The loan modification does __X___ or does not _____ (check one) affect the terms of the confirmed plan in the case.  If the loan modification does affect the terms of the confirmed plan in the case, the Debtor(s) will separately file a motion to modify the confirmed plan.  This motion does not constitute a motion to modify the confirmed plan.  The Debtor(s) hereby acknowledges that the terms of the confirmed plan remain in effect until such time as any plan modification is approved by the Court.

7. The loan modification will not alter or affect the status or priority of any other existing lien(s) on the real property.

8. The Debtor has advised the holder of the modified secured claim that it must either file an amended proof of claim or withdraw the filed proof of claim within 30 days of the closing of the loan modification transaction.

WHEREFORE, the Debtor submits that this loan modification is in the best interest of the Debtor and the creditors as it will increase the feasibility of the Chapter 13 plan.

Date: July 26, 2010

                        Respectfully submitted,

                        /s/_____
                        Jeffrey M. Sirody, Bar No. 11715
                        Sirody, Freiman & Feldman, P.C.
                        1777 Reisterstown Road, Suite 360
                        Baltimore, Maryland  21208

                        Phone number:   (410) 415-0445

## NOTICE OF OPPORTUNITY TO REQUEST A HEARING
## TO CREDITORS AND PARTIES IN INTEREST

You are notified of the filing of the foregoing Motion by the Debtor requesting Court authority to incur secured debt for the purpose of modifying the terms of an existing secured loan

for real property. Any interested party objecting to the loan modification must file an objection with the United States Bankruptcy Court for the District of Maryland within twenty-one (21) days after the date of this motion. You are further notified that unless an objection is filed, the Court may grant the motion without a hearing.

## CERTIFICATE OF SERVICE

I hereby certify that this Motion for Approval of Loan Modification was served this 26th day of July, 2010 electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or by first class mail, postage prepaid to:

Debtor
Chapter 13 Trustee
All Creditors and Parties in Interest

_____/s/_____
Jeffrey M. Sirody