Attn Stacy
410-415-0744

## MODIFICATION AGREEMENT TO NOTE AND DEED OF TRUST

THIS MODIFICATION AGREEMENT OF NOTE AND DEED OF TRUST dated this 18th day of June, 2010 by and between Clarence Simpson, (hereinafter referred to as the "Borrower"), and Credit Union Mortgage Association, a corporation which is organized and existing under the laws of the State of Delaware (hereinafter referred to as the "Lender").

### WITNESSETH:

WHEREAS, the Lender is the holder of a note captioned "NOTE" in the original principal amount of Four Hundred Fifty Thousand and 00/100 Dollars ($450,000.00) made by the Borrower, dated February 7, 2007, due and payable on March 1, 2037 (hereinafter referred to as the "Note");

WHEREAS, the repayment of the Note is secured by a Deed of Trust dated February 7, 2007 signed by the Borrower and recorded in the Land Records of the Montgomery County, Md., in Liber 33921, at Folio 530 (hereinafter referred to as the "Deed of Trust");

WHEREAS, the Deed of Trust conveyed real property briefly described as having an address of 11704 Goodloe Rd, Silver Spring, Md. 20906; and

WHEREAS, the Lender and the Borrower has agreed to modify the terms of said Note so that all references in the Deed of Trust to the Note shall be deemed the Note as modified by this Agreement;

WHEREAS, the parties desire to modify the terms of the Note and Deed of Trust.

NOW, THEREFORE, in consideration of the premises and other good and valuable consideration, and the mutual promises herein, the parties hereto agreed to modify the Note and Deed of Trust as follows:

Borrower by the execution hereof agrees to be liable for the performance and observance of all of the covenants of the Deed of Trust above referred to and for the repayment of the original Note as modified herein.

Nothing contained herein shall be construed as releasing the Borrower from liability under the Note, Deed of Trust, and this Agreement. All of the foregoing preambles are made a part hereof.

1

The Note is modified as follows:

1. That the unpaid principal balance of the Note secured by the Deed of Trust recorded in Land Records of Montgomery County, Md. is <u>Four Hundred Thirty-Eight Thousand Seven Hundred Six and 82/100</u> ($438,706.82) with interest on the unpaid principal balance at an initial fixed interest rate of <u>Four</u> percent (4.000%) per annum, said **interest only** payment in the amount of <u>One Thousand Four Hundred Sixty-Two and 36/100</u> Dollars ($1,462.36) is due monthly on the first day of each month beginning on **July 1, 2010** and ending on **June 30, 2015.**

2. That beginning with the payment due on **April 1, 2015**, the original repayment terms of the Note and Deed of Trust go back into full force at the interest rate of **4.375%** representing **Principal and Interest.**

3. That the Borrower and Lender has agreed the interest amount owed of $ 30,389.74 for the October, 2008 through May, 2010 payments will be collected upon payoff of said loan.

The Deed of Trust is modified as follows:

1. All references in the Deed of Trust to the Note shall be deemed the Note as modified by this Agreement.

IT IS FURTHER AGREED that all the provisions set forth in the Note and Mortgage and in any other supporting loan documents shall continue, except as specifically modified by this Agreement. This Agreement shall not extinguish the Borrower's original indebtedness to the Lender or discharge the lien of the Deed of Trust, and it is not intended to be substitution or novation of the original indebtedness or of any documents securing the same, all of which documents shall remain in full force and effect, as modified hereby, and are hereby ratified and confirmed.

The Lender has executed this Agreement to acknowledge their assent hereto and agree to continue to act in such capacity under the terms of the Deed of Trust as modified hereby.

The provisions of this Agreement shall be binding upon and inure to the benefit of the parties hereto, their personal representatives, heirs, successors and assigns, and any and all persons or entities claiming by or through them or any of them.

2

AS WITNESS the execution of this Agreement by the parties thereto as of this day and year first above written.

BORROWER (S):

_____
Clarence Simpson

STATE OF _Maryland_
CITY/COUNTY OF _Montgomery_

The foregoing instrument was acknowledged before me this _3_ day of _July_, 2010 by Clarence Simpson.

Notary Public: _Minaxi Patel_

My Commission Expires: _____

[SEAL]

MINAXI PATEL
Notary Public, State of Maryland
My Commission Expires 2/13/2012

LENDER:

Credit Union Mortgage Association

BY: _____
NAME: Jerry Neufang
TITLE: EVP

STATE OF _Fairfax_
CITY/COUNTY OF _Virginia_

The foregoing instrument was acknowledged before me this _26th_ day of _July_, 2010, by _Jerry Neufang_, of Credit Union Mortgage Association.

Notary Public:
My Commission Expires:

VANESSA L. ROGERS
NOTARY PUBLIC
REGISTRATION # 358090
COMMONWEALTH OF VIRGINIA
[SEAL] COMMISSION EXPIRES
JULY 31, 2013

3