

PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| IN RE: | |
| CLARENCE B. SIMPSON | Case No. 10-12897 PM |
| | Chapter 13 |
| Debtor(s) | |

### ORDER AUTHORIZING LOAN MODIFICATION

Upon a motion and/or notice by the debtor for authority to enter into an agreement to modify an existing mortgage loan, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Debtor(s) is/are authorized to enter into a modification of an existing mortgage agreement according to the terms set out in the motion; and it is further

**ORDERED**, that the terms of the confirmed plan in this case are not hereby modified, and any plan modification must be effected by separate motion and order pursuant to section 1329 of the Bankruptcy Code; and it is further

**ORDERED**, that this order does not alter or affect the status or priority of any other existing lien(s) on the real property that is the subject of the loan modification, and it is further

**ORDERED**, that upon the finalization of the loan modification, the Debtor shall immediately transmit a copy of the signed loan modification agreement to the Chapter 13 Trustee.

copies to:

Clarence B. Simpson, IV
11704 Goodloe Road
Silver Spring, MD 20906


Jeffrey M. Sirody, Esquire
Sirody, Freiman & Feldman
1777 Reisterstown Road, Suite 360E
Baltimore, MD 21208

END OF ORDER