UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:   Clarence B. SIMPSON IV         *       Case No. 10-12897

      Debtor                           *       Chapter 13

*   *   *   *   *   *   *   *   *   *   *

**LINE ENTERING APPEARANCE OF COUNSEL**

    Kindly enter the appearance of the undersigned attorney, Gary S. Poretsky, as co-counsel for the above-captioned Debtor.

Date: September 6, 2010            /s/
                                         Gary S. Poretsky Fed. Bar No. 28336
                                         Sirody, Freiman & Associates, P.C.
                                         1777 Reisterstown Road, Suite 360E
                                         Baltimore, Maryland   21208

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing *Line Entering Appearance of Counsel* was served electronically to:

U.S. Trustee

Case trustee

                                         /s/
                                      Jeffrey M. Sirody 11715